**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6996**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

ONE HONDA ACCORD, VIN#: 1HGCB7675NA130489,

                              Defendant,

CHU WEN CHEUNG; MAN-FAI POON CHEUNG,

                              Claimants - Appellants.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-95-3152-DKC)

———————————

Submitted: March 13, 1997          Decided: March 18, 1997

———————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Chu Wen Cheung, Man-Fai Poon Cheung, Appellants Pro Se. Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders granting the Government's motion for a default decree of forfeiture and denying Appellants' motion under Fed. R. Civ. P. 55(c) to set aside the default judgment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. One Honda Accord, No. CA-95-3152-DKC (D. Md. May 3 & June 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2